UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : CIVIL ACTION NO. 10-2013 : : SECTION "N" |
| Plaintiff, | : : JUDGE KURT D. ENGLEHARDT |
| v. | : : MAG. (4) |
| BP, PLC; BP AMERICA, INC.; ANTHONY B. HAYWARD; LORD EDMUND JOHN PHILIP BROWNE; ANDREW G. INGLIS; CARL-HENRIC SVANBERG; H. LAMAR MCKAY; SIR WILLIAM M. CASTELL; PAUL M. ANDERSON; ANTHONY BURGMANS; CYNTHIA CARROLL; ERROLL B. DAVIS, JR.; and PETER SUTHERLAND, | : : MAGISTRATE KAREN WELLS ROBY : : JURY DEMAND : : : : : |
| Defendants. | : |

**MOTION OF THE CALIFORNIA PUBLIC FUNDS FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S
<u>SELECTION OF LEAD COUNSEL</u>**

1

**NOW INTO COURT**, through undersigned counsel, comes the Sacramento County Employees' Retirement System, the Fresno County Employees' Retirement Association and Alameda County Employees' Retirement Association (collectively, the "California Public Funds") who move this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for an order: (i) consolidating the above-captioned matters; (ii) appointing the California Public Funds as Lead Plaintiff; (iii) and approving the California Public Funds' selection of Lead Counsel.  The California Public Funds are the "most adequate plaintiff" pursuant to the PSLRA as more fully set forth in the attached Memorandum in Support of the Motion of the California Public Funds for Consolidation Of Related Actions, Appointment As Lead Plaintiff; and Approval Of Lead Plaintiff's Selection Of Lead Counsel, and the Declaration of Mitchell J. Hoffman in support thereof, submitted herewith.

Dated:  July 20, 2010

Respectfully submitted,

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.

/s/ Mitchell J. Hoffman
Mitchell J. Hoffman (#6896)
Serena E. Pollack (#32682)
Jeffrey M. Hoffman (#29253)
701 Poydras Street, Suite 3600
New Orleans, Louisiana  70139-7735
Telephone: (504) 581-2450
Facsimile: (504) 581-2461

*Liaison Counsel*

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
G. Anthony Gelderman
2727 Prytania Street, Suite 14
New Orleans, Louisiana  70130
Telephone: (504) 899-2339
Facsimile: (504) 899-2342

-and-

1

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
Blair A. Nicholas
12481 High Bluff Drive, Suite 300
San Diego, CA 92310
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Sean M. Handler
Darren J. Check
Naumon A. Amjed
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Ramzi Abadou
Erik D. Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel to the California Public Funds and
Proposed Lead Counsel for the Class*

2

I hereby certify that on July 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.  I further certify that service was accomplished to any party listed on the attached manual notice list via regular U.S. mail.

Dated:  July 20, 2010                            /s/ Mitchell J. Hoffman
                                                 Mitchell J. Hoffman

# Mailing Information for a Case 2:10-cv-01683-KDE-ALC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. O'Bell**
  ejo@obelllawfirm.com,ejoatlaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 2:10-cv-01881-KDE-DEK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey M. Hoffman**
  jhoffman@lshah.com,smuller@lshah.com

- **Mitchell J. Hoffman**
  Mhoffman@lshah.com,Tlewis@lshah.com

- **Serena E. Pollack**
  spollack@lshah.com,smuller@lshah.com,ngray@lshah.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 2:10-cv-02013-KDE-KWR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shirin E. Harrell**
  sharrell@harrell-nowak.com,mbass@harrell-nowak.com

- **Eric R. Nowak**
  enowak@harrell-nowak.com,tguthrie@harrell-nowak.com,lstern@bermanesq.com,mhandley@cohenmilstein.com,sharrell@harrell-nowak.com,jellison@hnwewin.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`